2013 APR -2 AM 10: 22

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 13CR0597-AJB |
| Plaintiff, ) | |
| v. ) | JUDGMENT AND ORDER GRANTING MOTION TO DISMISS INFORMATION |
| MARIA PANDO, ) | |
| Defendant. ) | |

**ORDER**

Pursuant to the Government's motion, IT IS HEREBY ORDERED that the criminal information in the above-captioned case be dismissed without prejudice

IT IS SO ORDERED.

DATED: 4/1/13

THE HONORABLE BARBARA L. MAJOR
United States Magistrate Judge
United States District Court for the
Southern District of California